```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION at PIKEVILLE**

RICHARD G. BROWN,                  )
                                   )
    Plaintiff,                     )
                                   ) Civil Action No. 7:11-CV-27-JMH
v.                                 )
                                   )
MICHAEL J. ASTRUE,                 )
COMMISSIONER OF SOCIAL             )          **JUDGMENT**
SECURITY,                          )
                                   )
    Defendant.                     )
                                   )

                ** ** ** ** **

In accordance with the Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1) That this matter is hereby **REMANDED** to the Social Security Administration;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET;** and

(3) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 2nd day of December, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge