UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | |
|---|---|
| RICHARD G. BROWN, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:11-CV-27-JMH |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) **JUDGMENT** |
| Defendant. | ) |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1) That this matter is hereby **REMANDED** to the Social Security Administration;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET;** and

(3) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 2nd day of December, 2011.



Signed By:
_Joseph M. Hood_
Senior U.S. District Judge